UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 18 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GABRIEL GAMEZ,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>GREYSTAR REAL ESTATE PARTNERS, LLC, fictitious entity; et al.,<br><br>    Defendants - Appellees. | No. 23-35403<br><br>D.C. No. 2:23-cv-00015-TOR<br>U.S. District Court for Eastern Washington, Spokane<br><br>**MANDATE** |

The judgment of this Court, entered September 26, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                      FOR THE COURT:

                      MOLLY C. DWYER
                      CLERK OF COURT